IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00286-LTB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. ROCIO SERRANO-SANCHEZ,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

ORDERED that Counts 2 and 3 of the Indictment be dismissed as to defendant Rocio Serrano-Sanchez.

DATED this __14th__ day of December, 2007.

                    BY THE COURT:

                    s/Lewis T. Babcock
                    LEWIS T. BABCOCK
                    UNITED STATES DISTRICT COURT JUDGE
                    DISTRICT OF COLORADO